

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-1602-OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JEFF H. WILLIAMSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT MUELLER, III,
UNKNOWN FBI AGENTS,
PORTER GOSS,
UNKNOWN CIA AGENTS,
JAMES DOYLE,
CITY OF ONTARIO, CALIFORNIA,
CITY COUNCIL OF CITY OF ONTARIO,
UNKNOWN EMPLOYEES OF ONTARIO PUBLIC LIBRARY,
"JOHN DOE" VOLM,
PAT MCMAHON,
JOHN HART,
UNKNOWN POLICE OFFICERS FOR CITY OF ONTARIO, CALIFORNIA,
DONALD DUNN,
PETER G. PETERSON,
CONDOLEEZZA RICE,
GEORGE H. BUSH,
KELLI LEWIS,
UNKNOWN MEDICAL STAFF EXEMPLA LUTHERIAN MEDICAL CENTER,
UNKNOWN POLICE OFFICER WHEATRIDGE, CO POLICE DEPT.,
GEORGE W. BUSH,
RICHARD CHENEY,
JOHN ASHCROFT,
DONALD H. RUMSFELD,
GEORGE J. TENET,
NORMAN Y. MINETA,
KENNETH R. FERNBERG, and
OTHER UNNAMED PAST, PRESENT, OFFICIALS, REPRESENTATIVES, AGENTS
    AND PRIVAT [sic] CONSULTANTS OF USA,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) _X_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

2

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers which the Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.  It is

DATED at Denver, Colorado, this __18__ day of __August__, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **05-CV-1602**

Jeff H. Williamson
5799 W. Colfax Ave.
Lakewood, CO 80214

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on __8-18-05__

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk