**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01602-OES

JEFF H. WILLIAMSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
ROBERT MUELLER, III,
UNKNOWN FBI AGENTS,
PORTER GOSS,
UNKNOWN CIA AGENTS,
JAMES DOYLE,
CITY OF ONTARIO, CALIFORNIA,
CITY COUNCIL OF CITY OF ONTARIO,
UNKNOWN EMPLOYEES OF ONTARIO PUBLIC LIBRARY,
"JOHN DOE' VOLM,
PAT MCMAHON,
JOHN HART,
UNKNOWN POLICE OFFICERS FOR CITY OF ONTARIO, CALIFORNIA,
DONALD DUNN,
PETER G. PETERSON,
CONDOLEEZA RICE,
GEORGE H. BUSH,
KELLY LEWIS,
UNKNOWN MEDICAL STAFF EXEMPLA LUTHERIAN MEDICAL CENTER,
UNKNOWN POLICE OFFICER WHEATRIDGE, CO POLICE DEPT,
GEORGE W. BUSH,
RICHARD CHENEY,
JOHN ASHCROFT,
DONALD H. RUMSFIELD,
GEORGE J. TENET,
NORMAN Y MINETA,
KENNETH R. FEINBERG, and
OTHER UNNAMED PAST, PRESENT, OFFICIALS, REPRESENTATIVES, AGENTS,
    AND PRIVATE CONSULTANTS OF USA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

On August 18, 2005, the Court directed Plaintiff to submit sufficient copies to the Court for the purpose of service and to correct the Complaint so that the names in the caption and the names listed in the text of the Complaint match. As opposed to providing the copies and submitting a corrected complaint form, Plaintiff filed a Letter with the Court on September 16.

In the Letter, Plaintiff requests an extension of time. Plaintiff's request is GRANTED. Plaintiff shall have **thirty (30) days from the date of this Minute Order** to cure the deficiencies as stated in the August 18, 2005, Order. If Plaintiff fails to cure the deficiencies within thirty days the Complaint and action will be dismissed without further notice.

The Clerk of the Court also is directed to note Plaintiff's new address on the Docket.

Dated: September 19, 2005

---

Copies of this Minute Order mailed on September 19, 2005, to the following:

Jeff H. Williamson
Prisoner No. 200500011768
Adams County Det. Facility
PO Box 5001 – E-399
Brighton, CO 80601-5001

_____
Secretary/Deputy Clerk